**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JOSEPH KYLE NEWMAN, | ) | |
| #36454-177, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. 3:18-CV-2679-N |
| | ) | |
| OFFICER REED, | ) | |
| OFFICER SINGLETON, | ) | |
| Defendants. | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclu-

sions, and Recommendation of the United States Magistrate Judge and any objections thereto, in

accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the

Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings

and Conclusions of the Court.  By separate judgment, the plaintiff's claims will be dismissed with

prejudice as frivolous until he satisfies the conditions in *Heck v. Humphrey*, 512 U.S. 477 (1994).

SIGNED this 15th day of February, 2019.

_____
UNITED STATES DISTRICT JUDGE